12 JAN -4 PM 3:01

UNSEALED 1/12/12



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE FERNANDO ZAVALA (1),<br>MANUEL VALDEZ JR. (2),<br>JUAN EDUARDO MENDEZ (3),<br><br>　　　　　Defendants. | Case No. '12 CR 0034 JAH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning on or about August 2011 and continuing up to and including October 1, 2011, within the Southern District of California, and elsewhere, defendants JOSE FERNANDO ZAVALA, MANUEL VALDEZ JR. and JUAN EDUARDO MENDEZ, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 8.36 kilograms (18.39 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

JCA:lml:San Diego
1/3/12

1

<u>Count 2</u>

On or about October 1, 2011, within the Southern District of California, defendants JOSE FERNANDO ZAVALA, MANUEL VALDEZ JR. and JUAN EDUARDO MENDEZ, did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 8.36 kilograms (18.39 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: January 4, 2012.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
JOSE S. CASTILLO
Assistant U.S. Attorney