```
 1  LAURA E. DUFFY
    United States Attorney
 2  VICTOR P. WHITE
    Assistant U.S. Attorney
 3  California State Bar No. 247882
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: 619 557-7185 / Fax: 619 557-5551
    Email: Victor.White2@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    )  Case No. 12CR-00034-JAH
                                 )
11                   Plaintiff,  )
                                 )
12        v.                     )  NOTICE OF APPEARANCE
                                 )
13  JOSE FERNANDO ZAVALA et al., )
                                 )
14                               )
                     Defendant.  )
15  _____)
```

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to practice

19  in this court or authorized to practice under CivLR 83.3.c.3-4.

20       The following government attorneys (who are admitted to practice

21  in this court or authorized to practice under CivLR 83.3.c.3-4) are

22  also associated with this case, should be listed as lead counsel for

23  CM/ECF purposes, and should receive all Notices of Electronic Filings

24  relating to activity in this case:

25       Name

26       None.

27

28

1  Effective this date, the following attorneys are no longer
2 associated with this case and should not receive any further Notices
3 of Electronic Filings relating to activity in this case (if the
4 generic "U.S. Attorney CR" is still listed as active in this case in
5 CM/ECF, please terminate this association):
6  Name
7  None.
8  Please call me if you have any questions about this notice.
9  DATED:    January 17, 2012.

10                                     Respectfully submitted,

11                                     LAURA E. DUFFY
                                       United States Attorney
12
                                       s/Victor P. White
13                                     VICTOR P. WHITE
                                       Assistant U.S. Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR-00034-JAH |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| JOSE FERNANDO ZAVALA et al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY CERTIFIED THAT:

I, VICTOR P. WHITE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **United States' Notice of Appearance** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.  Richard J. Boesen
2.  David. M. Nisson

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2012.

                                        s/Victor P. White
                                        VICTOR P. WHITE
                                        Assistant U.S. Attorney