FILED

2013 MAR -1 PM 3:20

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR0034-JAH |
| Plaintiff, | I N D I C T M E N T |
| | (Superseding) |
| v. | |
| MANUEL VALDEZ JR. (2), | Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JUAN EDUARDO MENDEZ (3), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on or about August 2011 and continuing up to and including October 1, 2011, within the Southern District of California, and elsewhere, defendants MANUEL VALDEZ JR. and JUAN EDUARDO MENDEZ, and Jose Fernando Zavala (charged elsewhere) did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import five (5) kilograms and more of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 5937 grams of cocaine, a Schedule II Controlled Substance, and 50 grams or more of methamphetamine, to wit: approximately 898 grams of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

VPW:nlv:San Diego
2/28/13

Count 2

On or about October 1, 2011, within the Southern District of California, defendants MANUEL VALDEZ JR. and JUAN EDUARDO MENDEZ, and Jose Fernando Zavala (charged elsewhere) did knowingly and intentionally import 50 grams or more of methamphetamine, to wit: approximately 898 grams of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

Count 3

On or about October 1, 2011, within the Southern District of California, defendants MANUEL VALDEZ JR. and JUAN EDUARDO MENDEZ, and Jose Fernando Zavala (charged elsewhere) did knowingly and intentionally import five (5) kilograms and more of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 5937 grams of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: March 1, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
VICTOR P. WHITE
Assistant U.S. Attorney